**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6054**

———————

DAVID FITZGERALD LIGHTNER,

              Petitioner - Appellant,

      v.

CHRISTOPHER ZYCH, Warden,

              Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (7:11-cv-00534-SGW-RSB)

———————

Submitted: April 19, 2012          Decided: April 25, 2012

———————

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Fitzgerald Lightner, Appellant Pro Se. Rick A. Mountcastle, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Fitzgerald Lightner, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lightner v. Zych, No. 7:11-cv-00534-SGW-RSB (W.D. Va. Nov. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED